January 17, 1977


Appeal No. 76-306. VIOLA IANNACONE *v.* GUIDO IANNACONE. Motion of plaintiff to remand this case to Family Court is granted. After completion of the hearing, the papers shall be returned to this court forthwith. *Kirshenbaum & Kirshenbaum, Isidore Kirshenbaum, Alfred Factor*, for plaintiff. *John V. Mc-Closkey*, for defendant.